UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                         Criminal No. 09-cr-16-01-JD

<u>Mitchell Hanson</u>


<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 30) filed by defendant Hanson is granted.

    Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                                */s/ Joseph A. DiClerico, Jr.*
                                                Joseph A. DiClerico, Jr.
                                                United States District Judge

Date: March 13, 2009


cc:   Richard Monteith, Jr., Esq.
      Jeffrey Levin, Esq.
      Mark Howard, Esq.
      Joseph Caulfield, Esq.
      Mark Zuckerman, Esq.
      U.S. Marshal
      U.S. Probation