```
              UNITED STATES DISTRICT COURT FOR THE
                     DISTRICT OF NEW HAMPSHIRE
```

United States of America

       v.                             Criminal No. 09-cr-16-01-JD

Mitchell Hanson


O R D E R

The assented to motion to reschedule jury trial (document no. 30) filed by defendant Hanson is granted.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                                 */s/ Joseph A. DiClerico, Jr.*
                                                 Joseph A. DiClerico, Jr.
                                                 United States District Judge

Date: March 13, 2009


cc:   Richard Monteith, Jr., Esq.
      Jeffrey Levin, Esq.
      Mark Howard, Esq.
      Joseph Caulfield, Esq.
      Mark Zuckerman, Esq.
      U.S. Marshal
      U.S. Probation